UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KLIPSCH GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02436-JPH-MPB |
| | ) | |
| NUHEARA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE MATTHEW P. BROOKMAN**

On September 15, 2021, Plaintiff Klipsch Group, Inc. filed this Patent Infringement matter against Defendant Nuheara Limited. (Dkt. No. 1).  Plaintiff has never submitted a summons for issuance and there is no evidence the defendant has ever been served in this matter.

On March 24, 2022, the Court ordered Plaintiff to show cause on or before April 21, 2022, why this action should not be dismissed for failure to prosecute in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. (Dkt. No. 7).  The Court's order noted that "[i]f good cause is not shown by that date, the Court will recommend dismissal of this action without prejudice. *Id.*

To date, Plaintiff has not responded to the order to show cause.  Accordingly, the Magistrate Judge recommends the Plaintiff's Complaint be **DISMISSED** without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to

timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

    SO ORDERED.

Date: July 14, 2022

_Matthew P. Brookman_
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Harold C. Moore
MAGINOT, MOORE & BECK LLP
hcmoore@maginot.com