UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KLIPSCH GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:21-cv-02436-JPH-MPB |
| NUHEARA LIMITED, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Matthew Brookman has entered a Report and Recommendation recommending that this case be dismissed without prejudice for failure to prosecute. Dkt. 8. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [8]. This case is **DISMISSED without prejudice**. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 8/9/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Harold C. Moore
MAGINOT, MOORE & BECK LLP
hcmoore@maginot.com